IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff,<br><br>v.<br><br>PAUL EDWARD PARNELL,<br><br>  Defendant. | Case No. 1:13-CR-30-BLW<br><br>**ORDER** |

The defendant has filed a motion to suppress. The motion seeks to suppress numerous items that form the basis for the charges in this case. Accordingly, the motion must be resolved before trial and there is excludable time between the date of its filing and a reasonable time for its prompt resolution. *See* 18 U.S.C. §3161(h)(1)(D); *United States v. Tinklenberg* 131 S.Ct. 2007 (2011).

Trial is presently set for April 14, 2014. But the briefing on the motion to suppress will not be completed until a few days after that date. The Court could hold a hearing on the motion on May 13, 2014, and render a decision shortly thereafter. That would mean moving the trial date to May 27, 2014. The Court finds that this is a reasonable time to hear and resolve the motion. The Court also recognizes that the Government will be arguing that no hearing is necessary, and the Court will resolve that issue prior to the hearing date

**Order - 1**

The Court finds that the period of delay between the filing of the motion to suppress (docket no. 17) on March 14, 2014, and the resolution of the motion is excludable time under 18 U.S.C. § 3161(h)(1)(D). Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the present trial date of April 14, 2014, is VACATED, and that a new trial date be set for **May 27, 2014, at 1:30 p.m.** in the Federal Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED, that the pretrial conference shall be held on May 15, 2014, at 4:00 p.m. by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

IT IS FURTHER ORDERED, that all pretrial motions shall be filed on or before April 21, 2014.

IT IS FURTHER ORDERED, that the period of time between the filing date of the motion to dismiss (docket no. 17), March 14, 2014, and the resolution of the motion within a prompt time is excludable time under 18 U.S.C. § 3161(h)(1)(D).

IT IS FURTHER ORDERED, that a hearing shall be held on the motion to suppress on May 13, 2014, at 9:00 a.m. before Judge Winmill in the Federal Courthouse in Boise, Idaho, the Government having reserved its argument that no hearing is necessary, an issue the Court will resolve prior to the hearing.



DATED: **April 4, 2014**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 3**